# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| COHN, AVERN L. | U.S. DISTRICT COURT-MICHIGAN | 07/20/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE-SENIOR | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☑ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

219 FEDERAL BUILDING
AND U.S. COURTHOUSE
DETROIT, MICHIGAN 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 07/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INTEL CORP | D | Dividend | M | T | | | | | |
| 2. PROCTER & GAMBLE (FORMERLY GILLETTE) | A | Dividend | K | T | | | | | |
| 3. ROYAL DUTCH PETROLEUM | C | Dividend | M | T | | | | | |
| 4. SCHLUMBERGER, LTD. | B | Dividend | M | T | | | | | |
| 5. SIGMA ALDRICH CORP. | A | Dividend | L | T | | | | | |
| 6. KIMBERLY CLARK | C | Dividend | M | T | | | | | |
| 7. WALT DISNEY CO. | A | Dividend | L | T | | | | | |
| 8. QUALCOMM INC | B | Dividend | M | T | | | | | |
| 9. BOEING | C | Dividend | M | T | | | | | |
| 10. ARCHER DANIELS MIDLAND | B | Dividend | K | T | | | | | |
| 11. RAYTHEON NEW | C | Dividend | L | T | | | | | |
| 12. JOHNSON & JOHNSON | B | Dividend | L | T | | | | | |
| 13. PEPSICO | B | Dividend | L | T | | | | | |
| 14. LOCKHEED MARTIN | C | Dividend | L | T | | | | | |
| 15. ROVI CORP, FORMERLY GEMSTAR INTL | | None | J | T | | | | | |
| 16. ISHARES TR RUSSELL 2000 VALUE INDEX FUND | B | Dividend | L | T | | | | | |
| 17. ISHARES TR MSCI EAFE INX FD | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ISHARES TR S&P MIDCAP 400/BARRA VAL | D | Dividend | N | T | | | | | |
| 19. ISHARES S&P MIDCAP 400/BARRA GR IDX | B | Dividend | N | T | | | | | |
| 20. BAXTER INTL | C | Dividend | L | T | | | | | |
| 21. EMCOR GROUP INC. | A | Dividend | L | T | | | | | |
| 22. PRAXAIR INC | B | Dividend | M | T | | | | | |
| 23. THE HOWARD HUGHES CORP | | None | O | T | Spinoff (from line 67) | 06/27/11 | O | | |
| 24. THE HOWARD HUGHES CORP | | None | O | T | Donated (part) | | | | |
| 25. ISHARES TR MSCI EMERGING MKTS INDX FUND | C | Dividend | M | T | | | | | |
| 26. ISHARES RUSSELL 2000 GROWTH INDX FUND | A | Dividend | L | T | | | | | |
| 27. CHUBB CORP | B | Dividend | M | T | | | | | |
| 28. IBM | B | Dividend | M | T | | | | | |
| 29. DREYFUS/LAUREL FDS TR PRM EMRGN MK I | D | Dividend | L | T | | | | | |
| 30. ISHARES MSCI EX-JAPAN INDEX FD | C | Dividend | M | T | | | | | |
| 31. DODGE & COX INTL FUND | D | Dividend | M | T | | | | | |
| 32. JP MORGAN TAX AWARE REAL RET FD | D | Interest | N | T | | | | | |
| 33. ISHARES TR RUSSELL 1000 VALUE INDEX FD | C | Dividend | M | T | | | | | |
| 34. EATON VANCE MUT FDS TR | C | Dividend | M | T | Sold (part) | 11/15/11 | L | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 07/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MANNING & NAPIER FD INC EQUITY SERICES | B | Dividend | N | T | | | | | |
| 36. MANNING & NAPIER FD INC WORLD OPP SERIES | D | Dividend | N | T | | | | | |
| 37. JP MORGAN ASIA EQUITY FUND | B | Dividend | M | T | | | | | |
| 38. ARTIO GLOBAL INVT INTL EQ FD | | None | | | Sold | 11/15/11 | L | A | |
| 39. TROWE PRICE NEW ASIA FD | C | Dividend | N | T | | | | | |
| 40. PAYDEN & RYGEL INV GRP | E | Dividend | M | T | | | | | |
| 41. GOLDMAN SACHS TR | D | Dividend | | | Sold | 06/30/11 | N | F | |
| 42. MFS INTL VALUE | | None | | | Buy | 11/15/11 | L | | |
| 43. MFS INTL VALUE | | None | | | Sold | 11/28/11 | L | A | |
| 44. HIGHBRIDGE DYNAMIC COMM STRG FD | A | Dividend | | | Buy | 04/29/11 | L | | |
| 45. HIGHBRIDGE DYNAMIC COMM STRG FD | | None | | | Sold | 12/27/11 | L | A | |
| 46. RIDGEWORTH FUNDS | C | Dividend | L | T | Buy | 06/30/11 | L | | |
| 47. PRIMECAP ODYSSEY STK FUND | A | Dividend | L | T | Buy | 11/28/11 | L | | |
| 48. XSPRADA CORP SER B CONV PFD | | None | L | T | | | | | |
| 49. BELLEVILLE NORTH VENTURE- BELLEVILLE, MI | | None | M | U | | | | | |
| 50. HUNTINGTON GARDEN APTS.OAK PARK, MI | F | Rent | L | U | | | | | |
| 51. HUNTINGTON GARDEN APTS. | F | Distribution | L | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 07/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. LANCASTER HILLS APTS. CO.- SOUTHFIELD, MI | G | Rent | M | U | | | | | |
| 53. LANCASTER HILLS APTS. CO. | G | Distribution | M | U | | | | | |
| 54. FRANKEL-NODLEHS- BLOOMFIELD HILLS, MI | | None | K | U | | | | | |
| 55. BLOOMFIELD VILLAGE SQUARE- BLMFLD HILLS, MI | G | Distribution | J | U | | | | | |
| 56. BLOOMFIELD VILLAGE SQUARE- BLOOMFIELD HILLS, MI | G | Rent | J | U | | | | | |
| 57. FERRIS PARK TOWERS-LANSING, MI | E | Rent | L | U | | | | | |
| 58. FERRIS PARK TOWERS | A | Interest | L | U | | | | | |
| 59. FERRIS PARK TOWERS | E | Distribution | L | U | | | | | |
| 60. BELLEVILLE NORTH MARSH- BELLEVILLE, MI VENTURE- BELLEVILLE, MI | B | Rent | L | U | | | | | |
| 61. DIXIE PROPERTIES | A | Interest | M | U | | | | | |
| 62. DIXIE PROPERTIES-WATERFORD, MI | E | Rent | M | U | | | | | |
| 63. DIXIE PROPERTIES | E | Distribution | M | U | | | | | |
| 64. BLOOMFIELD PLAZA, LLC- BLOOMFIELD HILLS, MI | G | Rent | N | U | | | | | |
| 65. BLOOMFIELD PLAZA, LLC | C | Interest | N | U | | | | | |
| 66. BLOOMFIELD PLAZA, LLC | G | Distribution | N | U | | | | | |
| 67. GGP LIMITED PARTNERSHIP-MULTI STATE | F | Rent | N | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 07/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. GGP LIMITED PARTNERSHIP | A | Interest | N | U | | | | | |
| 69. GGP LIMITED PARTNERSHIP | E | Dividend | N | U | | | | | |
| 70. GGP LIMITED PARTNERSHIP | E | Distribution | N | U | | | | | |
| 71. EATON NURSERY SALES-BIRMINGHAM, MI | D | Rent | K | U | | | | | |
| 72. EATON NURSERY SALES | E | Distribution | K | U | | | | | |
| 73. WOODFORD APT. HOTEL CO.-BLOOMFIELD HILLS, MI | C | Rent | K | U | | | | | |
| 74. WOODFORD APT. HOTEL CO. | B | Distribution | K | U | | | | | |
| 75. NORTH HILL CENTER, LLC-ROCHESTER, MI | E | Rent | N | U | | | | | |
| 76. NORTH HILL CENTER, LLC. | A | Interest | N | U | | | | | |
| 77. BLOOMFIELD PLAZA II LLC-BLOOMFIELD HILLS, MI | A | Interest | K | U | | | | | |
| 78. BLOOMFIELD PLAZA II LLC-BLOOMFIELD HILLS, MI | F | Rent | K | U | | | | | |
| 79. BLOOMFIELD PLAZA II LLC | E | Distribution | K | U | | | | | |
| 80. MICHIGAN MUN BOND AUTH | D | Interest | | | Matured | 10/03/11 | M | A | |
| 81. GENESEEE COUNTY MI BOND | D | Interest | N | T | | | | | |
| 82. KING COUNTY WA BOND | C | Interest | M | T | | | | | |
| 83. INDIANA STATE FIN AUTH BOND | D | Interest | M | T | | | | | |
| 84. REGIONAL TRANS DIST COLORADO BOND | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 07/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. ANCHORAGE ALASKA BOND | D | Interest | M | T | | | | | |
| 86. RUTHERFORD CNTY TN BOND | C | Interest | | | Sold | 04/01/11 | M | A | |
| 87. KING&SNOHOMISH CNTY WA BOND | D | Interest | M | T | | | | | |
| 88. UTAH STATE BOND | C | Interest | | | Matured | 04/01/11 | M | A | |
| 89. OLATHE KANSAS BOND | D | Interest | M | T | | | | | |
| 90. WEST CLARK, IND BOND | D | Interest | M | T | | | | | |
| 91. OHIO STATE BOND | D | Interest | M | T | | | | | |
| 92. STATE OF TEXAS- TECH COLLEGE BOND | D | Interest | M | T | | | | | |
| 93. ST TAMMANY PARISH LA BOND | C | Interest | M | T | | | | | |
| 94. FRISCO, TX BOND | C | Interest | M | T | | | | | |
| 95. NY STATE BOND | D | Interest | M | T | | | | | |
| 96. CENTRAL BUCKS PA SCHOOL BOND | C | Interest | M | T | Buy | 04/08/11 | M | | |
| 97. NY CITY TRANSITIONAL FIN AUTH BOND | C | Interest | M | T | Buy | 04/11/11 | M | | |
| 98. FARGO, NORTH DAKOTA BOND | D | Interest | M | T | Buy | 01/07/11 | M | | |
| 99. MO STATE BOARD OF PUBLIC SCHOOLS BOND | | None | M | T | Buy | 10/07/11 | M | | |
| 100. JOHNSON CNTY KANSAS BOND | | None | M | T | Buy | 10/17/11 | M | | |
| 101. CONDOMINIUM-CHARLEVOIX,MI. | | None | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 07/20/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102.  HOLDINGS: | | None | | | | | | | |
| 103. EXXON/MOBIL CORP | A | Dividend | J | T | Buy (add'l) | 02/14/11 | J | | |
| 104. EXXON/MOBIL CORP | | None | | | Sold (part) | 03/10/11 | J | A | |
| 105. EXXON/MOBIL CORP | | None | | | Sold (part) | 03/15/11 | J | B | |
| 106. EXXON/MOBIL CORP | | None | | | Buy (add'l) | 05/27/11 | J | | |
| 107. PROCTER & GAMBLE | A | Dividend | | | Sold | 03/01/11 | J | A | |
| 108. CATERPILLAR | A | Dividend | J | T | Buy (add'l) | 01/05/11 | J | | |
| 109. CATERPILLAR | | None | | | Sold (part) | 03/10/11 | J | A | |
| 110. CATERPILLAR | | None | | | Sold (part) | 06/06/11 | J | B | |
| 111. CATERPILLAR | | None | | | Sold (part) | 08/04/11 | J | A | |
| 112. FEDEX | A | Dividend | J | T | Buy (add'l) | 01/05/11 | J | | |
| 113. FEDEX | | None | | | Sold (part) | 06/01/11 | J | A | |
| 114. AMERICAN EXPRESS CO | A | Dividend | J | T | Buy (add'l) | 01/05/11 | J | | |
| 115. AMERICAN EXPRESS CO | | None | | | Sold (part) | 06/03/11 | J | A | |
| 116. APPLE | | None | J | T | Buy (add'l) | 01/05/11 | J | | |
| 117. APPLE | | None | | | Buy (add'l) | 02/11/11 | J | | |
| 118. APPLE | | None | | | Sold (part) | 03/15/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 07/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. APPLE | | None | | | Sold (part) | 06/01/11 | J | A | |
| 120. COSTCO WHOLESALE | A | Dividend | J | T | Sold (part) | 04/19/11 | J | A | |
| 121. COSTCO WHOLESALE | | None | | | Sold (part) | 06/03/11 | J | A | |
| 122. COSTCO WHOLESALE | | None | | | Buy (add'l) | 07/06/11 | J | | |
| 123. GOOGLE INC | | None | | | Sold | 04/29/11 | J | A | |
| 124. NESTLE | A | Dividend | J | T | Sold (part) | 03/15/11 | J | A | |
| 125. SSGA US GOV M/M FUND | A | Dividend | L | T | Sold (part) | 02/22/11 | M | A | |
| 126. MCDONALDS CORP | A | Dividend | J | T | Sold (part) | 03/10/11 | J | A | |
| 127. MONSANTO | A | Dividend | J | T | | | | | |
| 128. GILEAD SCIENCE | A | Dividend | | | Sold | 02/22/11 | J | A | |
| 129. SCHLUMBERGER | A | Dividend | | | Sold | 03/10/11 | J | A | |
| 130. SCHLUMBERGER | | None | | | Sold (part) | 06/01/11 | J | B | |
| 131. WALT DISNEY | A | Dividend | J | T | Sold (part) | 03/11/11 | J | A | |
| 132. WALT DISNEY | | None | | | Sold (part) | 03/15/11 | J | A | |
| 133. WALT DISNEY | | None | | | Sold (part) | 06/03/11 | J | A | |
| 134. PEABODY ENERGY | A | Dividend | | | Sold (part) | 03/10/11 | J | A | |
| 135. PEABODY ENERGY | | None | | | Sold (part) | 06/15/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 07/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. TEVA PHARMACEUTICALS | A | Dividend | | | Sold | 04/25/11 | J | A | |
| 137. 3M | A | Dividend | | | Sold (part) | 02/23/11 | J | A | |
| 138. 3M | | None | | | Sold (part) | 03/10/11 | J | A | |
| 139. ANHEUSER-BUSCH | A | Dividend | J | T | Buy (add'l) | 02/17/11 | J | | |
| 140. ANHEUSER-BUSCH | | None | | | Sold (part) | 06/03/11 | J | A | |
| 141. ANHEUSER-BUSCH | | None | | | Sold (part) | 08/10/11 | J | A | |
| 142. COCA COLA | A | Dividend | J | T | Buy (add'l) | 01/05/11 | J | | |
| 143. COCA COLA | | None | | | Buy (add'l) | 02/01/11 | J | | |
| 144. COCA COLA | | None | | | Sold (part) | 03/01/11 | J | A | |
| 145. COCA COLA | | None | | | Buy (add'l) | 07/29/11 | J | | |
| 146. COCA COLA | | None | | | Sold (part) | 10/03/11 | J | A | |
| 147. HESS GROUP | A | Dividend | | | Sold (part) | 02/23/11 | J | A | |
| 148. HESS GROUP | | None | | | Sold (part) | 03/10/11 | J | A | |
| 149. HESS GROUP | | None | | | Sold (part) | 04/14/11 | J | B | |
| 150. HESS GROUP | | None | | | Sold (part) | 06/03/11 | J | B | |
| 151. BRISTOL MYERS SQUIBB | A | Dividend | J | T | Buy (add'l) | 01/05/11 | J | | |
| 152. BRISTOL MYERS SQUIBB | | None | | | Sold (part) | 03/15/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 07/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. BRISTOL MYERS SQUIBB | | None | | | Sold (part) | 06/06/11 | J | A | |
| 154. CELGENE CORP | | None | | | Sold | 02/22/11 | J | A | |
| 155. JOHNSON & JOHNSON | | None | | | Sold | 01/26/11 | J | A | |
| 156. ROCHE HOLDINGS LTD | A | Dividend | J | T | Sold (part) | 03/01/11 | J | A | |
| 157. UNION PACIFIC | A | Dividend | J | T | Sold (part) | 06/01/11 | J | A | |
| 158. CORNING INC. | A | Dividend | J | T | Sold (part) | 02/23/11 | J | A | |
| 159. CORNING INC | | None | J | T | Buy (add'l) | 04/27/11 | J | | |
| 160. CORNING INC | | None | | | Sold (part) | 06/06/11 | J | A | |
| 161. CORNING INC | | None | | | Buy (add'l) | 08/03/11 | J | | |
| 162. CITRIX SYSTEMS | | None | | | Buy (add'l) | 01/18/11 | J | | |
| 163. CITRIX SYSTEMS | | None | | | Sold (part) | 03/01/11 | J | A | |
| 164. CITRIX SYSTEMS | | None | | | Sold (part) | 06/01/11 | J | A | |
| 165. DEERE & CO | A | Dividend | J | T | Buy (add'l) | 01/18/11 | J | | |
| 166. DEERE & CO | | None | | | Sold (part) | 06/01/11 | J | A | |
| 167. DEERE & CO | | None | | | Sold (part) | 06/03/11 | J | A | |
| 168. MERCK | A | Dividend | J | T | | | | | |
| 169. NETFLIX | | None | | | Sold | 03/01/11 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 07/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. POTASH CORP | A | Dividend | | | Sold | 01/20/11 | J | A | |
| 171. REPUBLIC SERVICES | A | Dividend | J | T | Sold (part) | 03/10/11 | J | A | |
| 172. US BANCORP | A | Dividend | | | Sold (part) | 05/27/11 | J | A | |
| 173. US BANCORP | | None | | | Sold (part) | 06/01/11 | J | A | |
| 174. AUTOLIV | | None | | | Buy (add'l) | 02/01/11 | J | | |
| 175. AUTOLIV | | None | | | Sold | 02/23/11 | J | A | |
| 176. CHURCH & DWIGHT | | None | J | T | Sold (part) | 02/23/11 | J | | |
| 177. CHURCH& DWIGHT | | None | J | T | Buy (add'l) | 08/17/11 | J | | |
| 178. CHURCH&DWIGHT | | None | J | T | Sold (part) | 10/03/11 | J | A | |
| 179. BAKER HUGHES | | None | | | Sold | 02/23/11 | J | A | |
| 180. DEVON ENERGY | | None | | | Sold | 02/23/11 | J | B | |
| 181. NATL OILWELL | A | Dividend | J | T | Sold (part) | 03/16/11 | J | B | |
| 182. ITC HOLDINGS | A | Dividend | | | Sold | 02/23/11 | J | A | |
| 183. HSBC HOLDINGS | A | Dividend | | | Sold | 03/01/11 | J | A | |
| 184. ALLERGAN INC | A | Dividend | J | T | | | | | |
| 185. CANADIAN NATL RAILWAY CO | | None | | | Sold | 02/23/11 | J | A | |
| 186. BARRICK GOLD CORP | A | Dividend | | | Sold | 02/23/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 07/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. MOLYCORP | | None | | | Sold | 01/06/11 | K | D | |
| 188. AEROVIRONMENT INC | | None | | | Buy | 02/23/11 | J | | |
| 189. AEROVIRONMENT INC | | None | | | Sold | 06/01/11 | J | A | |
| 190. AIR PRODUCTS & CHEMICALS | A | Dividend | | | Buy | 07/07/11 | J | | |
| 191. AIR PRODUCTS & CHEMICALS | | None | | | Sold | 10/03/11 | J | A | |
| 192. AMERICAN WATER WOEKS | A | Dividend | J | T | Buy | 03/07/11 | J | | |
| 193. AMERICAN WATER WORKS | | None | J | T | Sold (part) | 06/01/11 | J | A | |
| 194. AMERICAN WATER WORKS | | None | | | Buy (add'l) | 07/06/11 | J | | |
| 195. AMERICAN WATER WORKS | | None | | | Sold (part) | 08/03/11 | J | A | |
| 196. BHP LIMITED | | None | | | Buy | 01/05/11 | J | | |
| 197. BHP LIMITED | | None | | | Sold | 03/08/11 | J | A | |
| 198. BOSTON PPTYS INC | | None | | | Buy | 04/05/11 | J | | |
| 199. BOSTON PPTYS INC | | None | | | Sold | 04/29/11 | J | A | |
| 200. CAMPBELL SOUP INC | A | Dividend | | | Buy | 03/11/11 | J | | |
| 201. CAMPBELL SOUP INC | | None | | | Sold | 06/01/11 | J | A | |
| 202. DELL | | None | | | Buy | 05/06/11 | J | | |
| 203. DELL | | None | | | Sold | 05/27/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 07/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. FMC TECHNOLOGIES | A | Dividend | J | T | Buy | 02/23/11 | J | | |
| 205. FMC TECHNOLOGIES | | None | | | Sold (part) | 05/12/11 | J | B | |
| 206. FREEPORT MCMORAN | A | Dividend | J | T | Buy | 02/23/11 | J | | |
| 207. FREEPORT MCMORAN | | None | | | Sold (part) | 08/08/11 | J | A | |
| 208. DIAGEO PLL | A | Dividend | J | T | Buy | 02/23/11 | J | | |
| 209. DIRECT TV | A | Dividend | J | T | Buy | 02/23/11 | J | | |
| 210. ESTEE LAUDER | A | Dividend | J | T | Buy | 03/01/11 | J | | |
| 211. CHEVRON | A | Dividend | J | T | Buy | 02/23/11 | J | | |
| 212. OCCIDENTAL PETROLEUM | A | Dividend | J | T | Buy | 03/01/11 | J | | |
| 213. ELI LILLY | A | Dividend | J | T | Buy | 06/01/11 | J | | |
| 214. BOEING | A | Dividend | J | T | Buy | 03/01/11 | J | | |
| 215. GE | A | Dividend | J | T | Buy | 02/23/11 | J | | |
| 216. UNITED TECHNOLOGIES | A | Dividend | J | T | Buy | 02/23/11 | J | | |
| 217. ORACLE | A | Dividend | J | T | Buy | 03/01/11 | J | | |
| 218. VISA | A | Dividend | J | T | Buy | 02/23/11 | J | | |
| 219. PPG IND | A | Dividend | J | T | Buy | 04/25/11 | J | | |
| 220. FORD MOTOR CREDIT BOND | D | Interest | M | T | Buy | 02/04/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. GE CAP CORP BOND | | None | M | T | Buy | 11/07/11 | M | | |
| 222. BERKSHIRE HATHAWAY BOND | C | Interest | M | T | Buy | 03/29/11 | M | | |
| 223. HP CO BOND | A | Interest | M | T | Buy | 05/13/11 | M | | |
| 224. CATERPLIILAR FIN BOND | B | Interest | M | T | Buy | 05/13/11 | M | | |
| 225. FORD MOTOR CREDIT BOND | B | Interest | L | T | Buy | 05/04/11 | L | | |
| 226. SCHERING PLOUGH(MRK)BOND | C | Interest | M | T | Buy | 05/13/11 | M | | |
| 227. XTO ENERGY BOND | B | Interest | M | T | Buy | 05/13/11 | M | | |
| 228. NOVARTIS CAP CORP BOND | A | Interest | K | T | Buy | 03/08/11 | K | | |
| 229. ROYAL DUTCH SHELL BOND | B | Interest | M | T | Buy | 03/28/11 | M | | |
| 230. UNITED PARCEL SERVICE BOND | A | Interest | L | T | Buy | 03/23/11 | L | | |
| 231. FORD MOTOR CREDIT BOND | C | Interest | L | T | Buy | 02/01/11 | L | | |
| 232. CANADIAN GOVT BOND | A | Interest | K | T | Buy | 03/29/11 | K | | |
| 233. SPDR TR UNIT SER 1 | | None | | | Buy | 06/17/11 | L | | |
| 234. SPDR TR UNIT SER 1 | | None | | | Sold | 06/21/11 | L | A | |
| 235. PROCTER & GAMBLE BOND | A | Interest | | | Buy | 05/13/11 | L | | |
| 236. PROCTER & GAMBLE BOND | | None | | | Sold | 07/25/11 | L | A | |
| 237. JPMORGAN CHASE BOND | B | Interest | | | Buy | 03/10/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 21

Name of Person Reporting

COHN, AVERN L.

Date of Report

07/20/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238.  JPMORGAN CHASE BOND | | None | | | Sold | 09/01/11 | L | A | |
| 239.  PFIZER INC BOND | A | Interest | | | Buy | 07/22/11 | L | | |
| 240.  PFIZER INC BOND | | None | | | Sold | 12/08/11 | L | A | |
| 241.  FORD MOTOR CREDIT BOND | B | Interest | | | Buy | 02/01/11 | L | | |
| 242.  FORD MOTOR CREDIT BOND | | None | | | Matured | 10/25/11 | L | A | |
| 243.  US TREASURY BILLS | B | Interest | | | Sold | 05/13/11 | M | A | |
| 244.  US TREASURY NOTES, NEW | B | Interest | | | Sold | 07/29/11 | M | A | |
| 245.  ARTSPACE, INC., BIRMINGHAM, MI | A | Distribution | M | U | | | | | |
| 246.  ARTSPACE, INC, BIRMINGHAM, MI | D | Dividend | M | U | | | | | |
| 247.  WASHTENAW CO | B | Distribution | J | U | | | | | |
| 248.  WASHTENAW CO.-WASHTENAW CNTY, MI | C | Rent | J | U | | | | | |
| 249.  COMMERCE CENTER BLDG | | None | J | U | | | | | |
| 250.  MERCURY PLAZA SHOPPING CENTER | A | Distribution | K | U | | | | | |
| 251.  CG&A CENTRAL MALL | B | Distribution | K | U | | | | | |
| 252.  CG&a CENTRAL MALL | A | Interest | K | U | | | | | |
| 253.  LPC INVESTMENTS, LLC | G | Interest | P1 | U | | | | | |
| 254.  LPC ENTERPRISES | | None | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 07/20/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 255. ____ BROWN ST ASSOC-BIRMINGHAM, MI | A | Rent | K | U | | | | | |
| 256. ____ BROWN ST ASSOC | C | Distribution | K | U | | | | | |
| 257. TWENTY TWO TWENTY TWO, LLC-BIRMINGHAM, MI | A | Interest | K | U | | | | | |
| 258. CGA&A CROSSROADS CENTER LP | A | Interest | K | U | | | | | |
| 259. CG&A CROSSROADS CENTER LLP | A | Distribution | K | U | | | | | |
| 260. LEDFORD APTS-TENN | A | Rent | J | U | Buy | 01/12/11 | J | | |
| 261. LEDFORD APTS-TENN | D | Distribution | J | U | | | | | |
| 262. MOUNTAIN CREEK-TENN | A | Rent | K | U | Buy | 01/12/11 | K | | |
| 263. JAKSON OVERLAND-MS | A | Interest | K | U | Buy | 03/01/11 | K | | |
| 264. BAMAR GROUP-NY | A | Rent | K | U | Buy | 02/01/11 | K | | |
| 265. BAMAR GROUP | A | Distribution | K | U | | | | | |
| 266. CHELSMANFORD-MA | A | Rent | K | U | Buy | 02/01/11 | K | | |
| 267. CHELSMANFORD | A | Interest | K | U | | | | | |
| 268. CHELSMANFORD | B | Distribution | K | U | | | | | |
| 269. PACIFIC FUND, LP | A | Dividend | M | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 07/20/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 07/20/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ AVERN L. COHN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544